# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYLEE AND CRU, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>DOPPLE, INC., a Delaware corporation; and CHAO WANG, and individual,<br><br>                  Defendants. | Case No.: 23-cv-569-LAB-KSC<br><br>**ORDER FOR PARTIAL VOLUNTARY DISMISSAL [Dkt. 16]** |

On July 18, 2023, Plaintiff Rylee & Cru, Inc. ("Rylee & Cru") and Defendant Dopple, Inc. ("Dopple") (collectively, the "Parties") filed a Joint Motion for Partial Voluntary Dismissal Without Prejudice, (Dkt. 16), after the Court granted the Parties entry of consent judgment finding Rylee & Cru prevailed against Dopple on the First Cause of Action for breach of contract and is awarded $199,808.04 total in damages, inclusive of all fees and costs, (Dkt. 12). Under Rule 41 of the Federal Rules of Civil Procedure, an action may be dismissed voluntarily by filing a stipulation of dismissal signed by all parties who have appeared in the case. Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties' Joint Motion is **GRANTED**. (Dkt. 16). Defendant Chao Wang is **DISMISSED WITHOUT PREJUDICE** and the Second through Fifth Causes of

Action against Defendant Dopple are **DISMISSED WITHOUT PREJUDICE**. Except as expressly agreed upon in the consent judgment, each party shall bear its own expenses, costs, and attorneys' fees. Upon entry of this Order, there are no unresolved claims. The Clerk of Court is directed to terminate this case.

**IT IS SO ORDERED.**

Dated: July 21, 2023

_____
Honorable Larry Alan Burns
United States District Judge